**F I L E D**
CLERK, U.S. DISTRICT COURT

7/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ASI_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00617-SRM |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 111(a)(1), (b): Assault on Federal Officer by Deadly or Dangerous Weapon] |
| ROBERT GENE STRONG, | |
| Defendant. | |

The Grand Jury charges:

### COUNT ONE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about July 5, 2025, in Los Angeles County, within the Central District of California, defendant ROBERT GENE STRONG intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim C.V., an employee of the Department of Homeland Security – United States Border Patrol, and in doing so made physical contact with C.V., while C.V. was engaged in, and on account of, the performance of C.V.'s official duties, and in doing so used a deadly and dangerous weapon, namely, a baton.

COUNT TWO

[18 U.S.C. § 111(a)(1)]

On or about July 5, 2025, in Los Angeles County, within the Central District of California, defendant ROBERT GENE STRONG intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim M.R., an employee of the Department of Homeland Security – Homeland Security Investigations, and in doing so made physical contact with M.R., while M.R. was engaged in, and on account of, the performance of M.R.'s official duties.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

JUAN M. RODRIGUEZ
Assistant United States Attorney
Public Corruption and Civil Rights Section